**MICHELLE BETANCOURT**
California State Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile:   (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Mr. Resendiz-Echeverria

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MAURO RESENDIZ-ECHEVERRIA, ) <br> ) <br> Defendant. ) <br> ) | Case No. 08mj2288 <br><br> **NOTICE OF APPEARANCE** |

      Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record in the above-captioned case.

                                                   Respectfully submitted,

Dated: July 30, 2008                                  s/ *Michelle Betancourt*
                                                  **MICHELLE BETANCOURT**
                                                  Federal Defenders of San Diego, Inc.
                                                  Attorneys for Defendant
                                                  michelle_betancourt@fd.org

1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
michelle_betancourt@fd.org
5

6 Attorneys for Mr. Resendiz-Echeverria

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10

| 11 UNITED STATES OF AMERICA, | ) Case No. 08mj2288 |
| 12       Plaintiff, | ) |
| 13 v. | ) PROOF OF SERVICE |
| 14 **MAURO RESENDIZ-ECHEVERRIA**, | ) |
| 15       Defendant. | ) |

16

17       Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

18 best of her information and belief, and that a copy of the foregoing document has been served via

19 CM/ECF this day upon:

20       Assistant United States Attorney
      efile.dkt.gc1@usdoj.gov,
21

22 Dated: July 30, 2008                         *s/ Michelle Betancourt*
                                        MICHELLE BETANCOURT
23                                      Federal Defenders
                                        225 Broadway, Suite 900
24                                      San Diego, CA 92101-5030
                                        (619) 234-8467 (tel)
25                                      (619) 687-2666 (fax)
                                        e-mail: michelle_betancourt@fd.org
26

27

28