UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 08mj2288 |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Mauro Resendiz-Echeverria | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Juanita Ramirez-Angel

DATED: 8/7/08

RECEIVED _____ DUSM

JAN M. ADLER
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by  Rhea Rhue
Deputy Clerk
R. Rhone